IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES CANNON,                    )<br>                                  )<br>    Plaintiff,                   )<br>                                  )<br>    v.                            )<br>                                  )<br>FLOWERS BAKERY OF                )<br>MONTGOMERY, LLC., and            )<br>ARAMARK FACILITY SERVICES,       )<br>LLC.,                            )<br>                                  )<br>    Defendants.                   ) | CIVIL ACTION NO.<br>2:13cv749-MHT |

ORDER

It is ORDERED that the uniform scheduling order (doc. no. 11) is amended to reflect that the pretrial is set for December 18, 2014, at 11:00 a.m., in chambers in Montgomery Alabama, and that the trial is set for the term of court beginning on January 12, 2015, with all deadlines expressly tied to these two dates adjusted accordingly.

DONE, this the 9th day of October, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**